## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK | Purchased/Filed:<br>Index #   1:22-cv-01951-JGK |

*Brenda Cabrera*  **Plaintiff**

against

*Excellence Laundry Center, LLC, et ano*  **Defendant**

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____JAMES PERONE_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____March 11, 2022_____, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint

on _____Excellence Laundry Center, LLC_____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _303 Limited Liability Company Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: _55-60_   Approx. Wt: _125lbs_   Approx. Ht: _5'1_
Color of skin: _White_   Hair color: _Red/Blonde_   Sex: _Female_   Other: _____

Sworn to before me on this
_11th_ day of March 2022

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

JAMES PERONE
**Attny's File No.**
Invoice·Work Order # S1873970

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**



(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.

SINCE 1924
P.O. Box 871, Albany, New York 12201

# Invoice

| Date | Invoice # |
|---|---|
| 3/11/2022 | S1873970 |

| Bill To | Ship To |
|---|---|
| Stillman Legal, P.C.<br>Lina Stillman<br>42 Broadway, Suite 12-126<br>New York, NY 10004 | Stillman Legal, P.C.<br>Lina Stillman<br>42 Broadway, Suite 12-126<br>New York, NY 10004 |


PAID 03/11/2022

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | JH | 045129 | 1-800-933-5620 |

| Description | Amount |
|---|---|
| Brenda Cabrera | |
| VS | |
| Excellence Laundry Center, LLC, et ano | |
| SERVICE ON: Excellence Laundry Center, LLC | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 20.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPARTMENT OF STATE | 40.00 |
| Copy Fee | 6.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

| | | |
|---|---|---|
| - THANK YOU - PAY THIS INVOICE UPON RECEIPT - | Total | $71.00 |
| | Payments/Credits | -$71.00 |
| RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS | Balance Due | $0.00 |

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.