UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

BRENDA CABRERA,

              Plaintiff,

   - against -

EXCELLENCE LAUNDRY CENTER, ET AL.,

              Defendants.
―――――――――――――――――――――――――――――

22-cv-1951 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 25, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
          April 20, 2022

                                    John G. Koeltl
                            United States District Judge