UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
OF NEW YORK
------------------------------------------------------------- x
BRENDA CABRERA

                      Plaintiffs,

        -versus-
EXCELLENCE LAUNDRY CENTER, et al

                   Defendants.

.................................................................................x

**JUDGMENT PURSUANT TO RULE 68**

1:22 CV-01951

WHEREAS, on March 8,2022 plaintiff Cabrera filed this action alleging violations of the Fair Labor Standards Act.

WHEREAS, on April 7, 2022 pursuant to Fed. R. Civ. P. 68, the defendants served on the plaintiffs an Offer of Judgment in favor of plaintiff Cabrera and

WHEREAS, on April 13, 2022 Plaintiff Cabrera accepted defendants' offer

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.     Defendants shall pay plaintiff Cabrera the total sum of Six Thousand Dollars ($6,000), pursuant to the Rule 68 Offer of Judgment.

2.     Defendants shall also pay plaintiff Cabrera reasonable attorneys' fees, expenses and costs to the date of the offer.

3.     This judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff Cabrera may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of Defendants or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

4.     The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any defendant, or an official, employee, or agent of the Defendants , or any agency thereof; nor is it an admission that plaintiff Cabrera has suffered any damages.

5.      Acceptance of the offer of judgment has acted to release and discharge

defendants; their successors or assigns; and all past and present officials, employees,

representatives, and agents of the Defendants, or any agency thereof, from any and all

claims that were or could have been alleged by Plaintiff Cabrera in the above-referenced

action. Acceptance of the offer of judgment has waived plaintiff Cabrera's rights to any

claim for interest on the amount of the judgment.


SO ORDERED

_____

4/12/22           U.S.D.J.